IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY COCO and HEATHER RUSSELL,<br><br>        Defendants. | 8:12CV196<br><br>ORDER TO DEPOSIT STAKE AND DISCHARGE |

    This matter is before the Court on the parties' stipulation (filing 17) and a request by Life Insurance Company of North America (LINA) to interplead the funds at issue in this case with the Court. Having reviewed the parties' stipulation and the record,

    IT IS HERE BY ORDERED:

1. LINA is permitted to deposit with the Registry of this Court the amount of LINA's admitted liability of $20,000;

2. Defendants Coco and Russell are enjoined, pursuant to 28 U.S.C. § 2361, from instituting or prosecuting any action against LINA, in any federal or state court, for the recovery of life insurance proceeds under policy number FLI-960031 or any part thereof;

3. LINA is released and discharged from any further liability upon its policy number FLI-960031 relative to the death of Melissa A. Coco;

4. LINA is dismissed from this action with prejudice; and

5. The Court will retain jurisdiction over this case for the determination of the respective rights of defendants Coco and Russell in and to the funds deposited with the Registry of this Court.

- 2 -

Dated this 10th day of August, 2012.

BY THE COURT:

_____
John M. Gerrard
United States District Judge